1    Olaf W. Hedberg, SBN #151082
     Olaf W. Hedberg, Attorney at Law
2    1107 9th St. Suite 850
     Sacramento, CA 95814
3    (916) 447-1192
     Attorney for Defendant

4

5             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7

8    UNITED STATES OF AMERICA      )    No. 2:09-CR-193 FCD
                                  )
9           Plaintiff,        )    STIPULATION AND ORDER
        vs.                 )
10                            )    Date: June 1, 2009
   FRANK PAUL TURNER, JR.       )    Time: 10:00 a.m.
11    LESLIE MILLER BELL, JR. et. al.,    )    Judge: Hon. Frank C. Damrell, Jr.
                                  )
12           Defendants.      )

13

14       IT IS HEREBY STIPULATED by and between the parties hereto through their

15 respective counsel, JILL THOMAS, Assistant Untied States Attorney, attorney for Plaintiff,

16 OLAF HEDBERG, attorney for defendant FRANK PAUL TURNER, JR. And SHARI RUSK,

17 attorney for LESLIE MILLER BELL, JR. that the status conference now scheduled for June 1,

18 2009 at 10:00 a.m. be vacated and a new date of July 27, 2009 at 10:00 a.m. be set for status

19 conference. The government recently provided new discovery. The defense needs additional time

20 to review that discovery. In addition, the parties have been negotiating the terms of a proposed

21 plea agreement.

22

1   It is further stipulated and agreed between the parties that the period beginning June 1,

2   2009 and ending July 27, 2009, should be excluded in computing the time within which the trial

3   of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for

4   defense preparation. The defense has been engaged in ongoing legal research and investigation.

5   All parties stipulate and agree that this is an appropriate exclusion ot time within the meaning of

6   Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

7                                       Respectfully submitted,

8                                       Dated this 28th of May, 2009
                                        By /s/ Olaf Hedberg
9                                       Olaf W. Hedberg, Attorney at Law
                                        Attorney for Frank Paul Turner, Jr.
10
                                        Dated this 28th of May, 2009
11                                      By /s/ Shari Rusk
                                        Shari Rusk, Attorney at Law
12                                      Attorney for Leslie Miller Bell, Jr.

13                                      Dated this 28th of May, 2009
                                        Lawrence Brown
14                                      Acting United States Attorney
                                        /s/ Olaf Hedberg for Jill Thomas
15                                      Jill Thomas
                                        Assistant U.S. Attorney

16          **IT IS SO ORDERED.**

17   Dated: May 29, 2009

18
                                        _____
19                                      FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE

20

21

22                                      Page 2 of 2