Olaf W. Hedberg, SBN #151082
Olaf W. Hedberg, Attorney at Law
1107 9th St. Suite 850
Sacramento, CA 95814
(916) 447-1192
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:09-CR-193 FCD |
| Plaintiff, | STIPULATION AND ORDER. |
| vs. | Date: July 27, 2009 |
| FRANK PAUL TURNER, JR. | Time: 10 am |
| LESLIE MILLER BELL, JR. et al | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant Untied States Attorney, attorney for Plaintiff, OLAF HEDBERG, attorney for defendant FRANK PAUL TURNER, JR. And SHARI RUSK, attorney for LESLIE MILLER BELL, JR. that the status conference now scheduled for July 27, 2009 at 10:00 a.m. be vacated and a new date of September 14, 2009 at 10:00 a.m. be set for status conference. The government recently provided new discovery. The defense needs additional time to review that discovery. In addition, the parties have been negotiating the terms of a proposed plea agreement.

1   It is further stipulated and agreed between the parties that the period beginning July 27,
2   2009 and ending September 14, 2009, should be excluded in computing the time within which
3   the trial of the above criminal prosecution must commence for the purpose of the Speedy Trial
4   Act for defense preparation. The defense has been engaged in ongoing legal research and
5   investigation. All parties stipulate and agree that this is an appropriate exclusion ot time within
6   the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,
Dated this 20 July, 2009
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Frank Paul Turner, Jr.

Dated this 20 July, 2009
By /s/ Shari Rusk
Shari Rusk, Attorney at Law
Attorney for Leslie Miller Bell, Jr.

Dated this 20 July, 2009
Lawrence Brown
Acting United States Attorney
/s/ Olaf Hedberg for Jill Thomas
Jill Thomas
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: July 21, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE