```
Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>FRANK PAUL TURNER, et. al.,<br><br>  Defendants. | Case No.: CR. S-09-193 FCD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court: Hon. Frank C. Damrell, Jr.<br>Time: 10:00 a.m.<br>Date: November 16, 2009 |

    Defendants Frank Turner and Leslie Bell, by and through their undersigned counsel, and the United States of America, by and through Assistant United States Attorney, Jill Thomas, request that this matter be continued for a status conference to November 16, 2009, at 10:00 a.m. Defendants are charged in an indictment alleging three counts of violations of 21 U.S.C. §§s 841(a)(1) – Possession of Cocaine Base with Intent to Distribute. A status conference was previously set for September 14, 2009. The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to November 16, 2009, and that date is available with the Court.

-1-

1    The parties agree that time should be excluded under 18 U.S.C. §
2 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: September 10, 2009          Respectfully submitted,


                                    __/s/ Shari Rusk___
                                    Shari Rusk
                                    Attorney for Defendant
                                    Leslie Bell


                                    /s/ Olaf Hedberg
                                    Olaf Hedberg
                                    Attorney for Defendant
                                    Frank Turner


                                     /s/ Jill Thomas
                                    Jill Thomas
                                    Assistant United States Attorney



**ORDER**


     IT IS SO ORDERED.  The Court finds excludable time through November 16, 2009, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: September 10, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

-2-