Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>FRANK PAUL TURNER, et.al.,<br><br>      Defendants. | Case No.: CR.S-09-193 FCD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court:  Hon. Frank C. Damrell, Jr.<br>Time:   10:00 a.m.<br>Date:   March 8, 2010 |

Defendants Frank Turner and Leslie Bell, by and through their undersigned counsel, and the United States of America, by and through Assistant United States Attorney, Jill Thomas, request that this matter be continued for a status conference to March 8, 2010. Defendants are charged in an indictment alleging three counts of violations of 21 U.S.C. §§s 841(a)(1) – Possession of Cocaine Base with Intent to Distribute.  A status conference was previously set for January 11, 2010.  The parties continue to be involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to March 8, 2010, at 10:00 a.m., and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: January 6, 2010          Respectfully submitted,


　　　　　　　　　　　　　　　　　　__/s/ Shari Rusk___
　　　　　　　　　　　　　　　　　　Shari Rusk
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　Leslie Bell


　　　　　　　　　　　　　　　　　　/s/ Olaf Hedberg
　　　　　　　　　　　　　　　　　　Olaf Hedberg
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　Frank Turner


　　　　　　　　　　　　　　　　　　 /s/ Jill Thomas
　　　　　　　　　　　　　　　　　　Jill Thomas
　　　　　　　　　　　　　　　　　　Assistant United States Attorney



**ORDER**


　　　IT IS SO ORDERED.  The Court finds excludable time through March 8, 2010, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: January 7, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE