Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| United States of America, | ) | Case No.: CR. S-09-193 FCD |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE |
| vs. | ) | |
| | ) | Court:  Hon. Frank C. Damrell, Jr. |
| | ) | Time:   10:00 a.m. |
| | ) | Date:   April 26, 2010 |
| Frank Paul Turner, et.al., | ) | |
| | ) | |
| Defendants | | |

_____

        Defendants Frank Turner and Leslie Bell, by and through their

undersigned counsel, and the United States of America, by and through

Assistant United States Attorney, Jill Thomas, request that this

matter be continued for a status conference to April 26, 2010, at

10:00 a.m.  Defendants are charged in an indictment alleging three

counts of violations of 21 U.S.C. §§s 841(a)(1) – Possession of

Cocaine Base with Intent to Distribute.  A status conference was

previously set for March 8, 2010.   The parties continue to be

involved in defense investigation, as well as negotiations and all

parties request that the current status conference be continued to

April 26, 2010, and that date is available with the Court.

1    The parties agree that time should be excluded under 18 U.S.C. §

2  3161(h)(8)(i) for defense preparation and under local code T4.

3

4

  Dated: March 3, 2010          Respectfully submitted,
5

6

7                          __/s/ Shari Rusk___
                           Shari Rusk
8                          Attorney for Defendant
                           Leslie Bell
9

10                          /s/ Olaf Hedberg
                           Olaf Hedberg
11                          Attorney for Defendant
                           Frank Turner
12

13                          /s/ Jill Thomas
                           Jill Thomas
14                          Assistant United States Attorney

15

16

17

18                              **ORDER**

19

20      IT IS SO ORDERED.  The Court finds excludable time through April

21  26, 2010, based on Local Code T4, giving counsel reasonable time to

22  prepare.

23  DATED: March 4, 2010

24                          _____
                           FRANK C. DAMRELL, JR.
25                          UNITED STATES DISTRICT JUDGE

26

27

28