**FILED**

OCT **29** 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

The Law Office of Olaf W. Hedberg
1  Olaf W. Hedberg, State Bar #151082
   901 H St., Suite 673
2  Sacramento, California 95814
   (916) 447-1192 office
3  1-412-774-3537 fax
   o.hedberg@sbcglobal.net
4

5

6

7

8

9        IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

10                                    CALIFORNIA

11

12  THE UNITED STAES OF AMERICA          Case Number:  CR 09-193 FCD

13  V.                                   **STIPULATION AND ORDER FOR
                                         TEMORARY RELEASE TO ATTEND
14                                       FAMILY FUNERAL**

15  FRANK PAUL TURNER

16

17

18        The defendant's mother, Earlene Montiero-Foster, passed away on October 23, 2010. Her

19  funeral mass will be held at 10:00 a.m. on Wednesday, November 3, 2010 at St. Joseph's

20  Catholic Church 1717 El Camino Ave., Sacramento CA 95815  The burial site will be at Calvary

21  Catholic Cemetery 7101 Verner Ave, Sacramento, CA 95841. Counsel for the government, Jill

22  Thomas, and for the defendant, Olaf W. Hedberg ,hereby stipulate and agree that defendant

23  Frank Paul Turner be transported to the United States Marshal's Office on the 5th Floor of the

24  United States Courthouse the morning of November 3, 2010, and that Mr. Turner be released to

25  defense counsel or the defense investigator, acting as a third party custodian, for the purpose of

                                          1

being transported to the funeral service. Defense counsel or the defense investigator will

supervise Mr. Turner and act as third party custodian during the funeral services, and will return

Mr. Turner to the United states Marshal's Office at the conclusion of the funeral service, and in

no case later than 4:00 p.m.

The defendant's family will drop off Mr. Turner' street clothes to the Marshal's office the

day before the service. Counsel has discussed this arrangement with the United States Marshal's

Office.  Counsel has also discussed these arrangements with DEA agent Brian Klingman. Agent

Klingman has no objection to the foregoing temporary release.

DATED: October 29, 2010        /s/  Olaf W. Hedberg, Attorney for Defendant,
                                     Frank Paul Turner

DATED: October 29, 2010        /s/ Jill Thomas, Assistant U.S. Attorney
                                     For the Government

ORDER

IT IS HEREBY ORDERED that defendant Frank Paul Turner be transported from the

Sacramento County Jail to the United States Marshal's Office by 8:30 a.m. on November 3,

2010. It is further ordered that Mr. Turner be released to defense counsel or the defense

investigator, who will serve as a third party custodian of Mr. Turner. Counsel or the defense

investigator is directed to transport and accompany Mr. Turner to the defendant's mother's

funeral at the St. Joseph's Catholic Church 1717 El Camino Ave., Sacramento CA 95815, for the

purpose of attending the funeral and burial of Mr. Nathaniel Potts, Sr. Mr. Turner is ordered to

return to the United States Marshal's Office upon the conclusion of the proceedings, and in no

event later than 4:00 p.m. on November 3, 2010. Mr. Turner is ordered to comply with all

directions of the third party custodian.

DATED: Oct. 29, 2010

_____
UNITED STATES MAGISTRATE JUDGE