```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JILL M. THOMAS
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 ) 2:09-cr-00193 KJM
12            Plaintiff,         )
                                 ) STIPULATION TO CONTINUE
13       v.                      ) SENTENCING DATE
                                 )
14  FRANK PAUL TURNER JR.,       )
                                 ) DATE: August 4, 2011
15            Defendant.         ) TIME: 10:00 a.m.
    _____) CTRM: Hon. Kimberly J. Mueller
16
```

17    The United States of America, through its counsels of record,
18 Benjamin B. Wagner, United States Attorney for the Eastern District
19 of California, and Assistant United States Attorney, Jill M. Thomas,
20 and defendant Frank Paul Turner, through his counsel, Olaf W.
21 Hedberg, Esq., hereby submits this stipulation to continue the
22 sentencing date, which is currently set for August 4, 2011, at 10:00
23 a.m., and requests that this Court continue the sentencing date to
24 August 11, 2011, at 10:00 a.m.  The Government has confirmed this
25 date with the United States Probation Officer who is in agreement.
26 ///
27 ///
28 ///

1

The parties need additional time for preparation.  Therefore, the parties have agreed and respectfully request that the Court set the date of August 11, 2011, at 10:00 a.m., for the sentencing in this matter.

                                            Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED: July 27, 2011        By: /s/ Jill M. Thomas
                                            JILL M. THOMAS
                                            Assistant U.S. Attorney

DATED: July 27, 2011        By: /s/ Olaf W. Hedberg
                                            OLAF W. HEDBERG, Esq.
                                            Attorney for Defendant

_____

**ORDER**

For the foregoing reasons, the sentencing hearing in this matter is continued from August 4, 2011 to August 11, 2011, at 10:00 a.m.

DATED: July 29, 2011.

_____
UNITED STATES DISTRICT JUDGE

2