

**FILED**

NOV 0 2 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK PAUL TURNER, JR.,<br><br>Defendant. | No. 2:09-cr-00193-01 KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release FRANK PAUL TURNER, JR.; Case No. 2:09-cr-00193-01, from custody for the following reasons:

__ Click here to enter text. Release on Personal Recognizance

__ Click here to enter text. Bail Posted in the Sum of $ Click here to enter text.

   __ Unsecured Appearance Bond

   __ Appearance Bond with 10% Deposit

   __ Appearance Bond with Surety

   __ Corporate Surety Bail Bond

__X__ (Other): Time Served

Issued at Sacramento, California on November 2, 2016, at 10:10 a.m.

Kimberly J. Mueller
United States District Judge